JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NIBBELINK MASONRY CONSTRUCTION CORPORATION,<br>Plaintiff,<br>v.<br>R A L INVESTMENT CORPORATION dba SILVERSTRAND CONSTRUCTION, et al.,<br>Defendants. | Case No. 2:25-cv-04924-AB-PVCx<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **120 days** upon good cause shown if the settlement is not completed.

All hearing dates are hereby **VACATED**.

Dated: November 3, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE